Anna **DINARDO**, Augusta Dinardo, Victoria Dinardo, Plaintiffs–Appellants,

v.

Karen M. **MILLER**, Honorable, Palm Beach County Circuit, Court Judge, Defendant–Appellee.

No. 06–10806

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 14, 2006.

Anna Dinardo, Deerfield Bch, FL, pro se.

Augusta Dinardo, Deerfield Bch, FL, pro se.

Victoria Dinardo, Deerfield Bch, FL, pro se.

Before TJOFLAT, BLACK and CARNES, Circuit Judges.

PER CURIAM:

The district court's final order of dismissal is affirmed. *See D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462, 482–88, 103 S.Ct. 1303, 1315–18, 75 L.Ed.2d 206 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415–16, 44 S.Ct. 149, 150, 68 L.Ed. 362 (1923); *Goodman ex rel. Goodman v. Sipos*, 259 F.3d 1327, 1332 (11th Cir.2001); *Siegel v. LePore*, 234 F.3d 1163, 1172 (11th Cir.2000) (en banc) ("The *Rooker-Feldman* doctrine provides that federal courts, other than the United States Supreme Court, have no authority to review the final judg-

ments of state courts. The doctrine extends not only to constitutional claims presented or adjudicated by a state court, but also to claims that are inextricably intertwined with a state court judgment. A federal claim is inextricably intertwined with a state court judgment if the federal claim succeeds only to the extent that the state court wrongly decided the issues before it.") (internal quotations and citations omitted).

**AFFIRMED.**